No. 96–6607. ROBINSON *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–6610. WHITE *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–6613. PROTOPAPPAS *v.* RATELLE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 96–6629. SIMMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6639. WILSON *v.* OREGON. Sup. Ct. Ore. Certiorari denied.

No. 96–6640. HILDEBRAND *v.* LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON. C. A. 3d Cir. Certiorari denied.

No. 96–6641. THOMAS *v.* DEACONESS HOSPITAL, INC. C. A. 7th Cir. Certiorari denied.

No. 96–6644. HAMEED, AKA YORK, ET AL. *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 96–6657. BALLEW *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 96–6679. CONTRERAS *v.* KINCHELOE, SUPERINTENDENT, SPRING CREEK CORRECTIONAL CENTER. C. A. 9th Cir. Certiorari denied.

No. 96–6688. WILSON *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–6689. WILLIAMSON *v.* SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–6690. ALTSCHUL *v.* TEXAS (three judgments). Ct. Crim. App. Tex. Certiorari denied.

No. 96–6691. ALTSCHUL *v.* TEXAS BOARD OF PARDONS AND PAROLES. C. A. 5th Cir. Certiorari denied.